IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case Nos.:   8:07CR411 |
| Plaintiff, | ) | 8:12CR37 |
| | ) | |
| vs. | ) | |
| | ) | ORDER APPOINTING COUNSEL |
| JESSICA DREIFURST, | ) | |
| | ) | |
| Defendant. | ) | |

    The court was previously presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, the court found that the above-named defendant was eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

    The defendant's current court-appointed attorney, Adam J. Sipple, has moved to withdraw in both of the above-referenced cases. The court has taken that motion under advisement. In the interim,

    **IT IS ORDERED:**

    Michael D. Gooch is appointed to represent the above named defendant in this matter and shall forthwith file a written appearance in this matter.

    **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

    **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Michael D. Gooch.

    DATED this 18th day of March, 2013.

                                                   BY THE COURT:

                                                   s/ Joseph F. Bataillon
                                                   United States District Judge